UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS,

    Plaintiffs,

-against-

GARDEN CITY MAINTENANCE, INC.,

    Defendant.

05 Civ. 394 (ARR)

**DEFAULT JUDGMENT**

The summons and Complaint, as well as the First Amended Complaint, in this action having been duly served on the above-named defendant Garden City Maintenance, Inc., and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed affidavit of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs DONALD J. CRANSTON, JR., JOSEPH MORANDE, ANTHONY FASULO, DAVID MONTELLE, ROCCO CIANCIO and LUCIANO FALZONE, as Trustees and Fiduciaries of the PAVERS AND ROAD BUILDERS DISTRICT COUNCIL WELFARE, PENSION, ANNUITY AND APPRENTICESHIP, SKILL IMPROVEMENT AND TRAINING FUNDS, do recover of GARDEN CITY MAINTENANCE, INC., the defendant residing at 1124 Front Street, Uniondale, New York 11553, the sum of $5,691.16 for delinquent contributions, plus the

audit fees in the sum of $1,219.00, interest in the sum of $705.12, liquidated damages in the sum of $569.12, attorneys' fees in the sum of $4,375.00, and court fee in the sum of $150.00, amounting in all to the sum of $12,709.40, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated:
January 31, 2006

By: _____